JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER BARR, ELISA MONTES DE OCA, and GABRIELA FERNANDEZ, each individually and on behalf of all others similarly situated,<br><br>                Plaintiff(s),<br><br>    v.<br><br>SELECTBLINDS LLC,<br><br>                Defendant(s). | Case No. 2:22-cv-08326-SPG-PD<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement and Attorneys' Fees and Costs, IT IS ADJUDGED THAT:

1. The Court **GRANTS** final approval to the Settlement. The Parties shall perform their obligations pursuant to the terms of the Agreement and the Order.
2. Plaintiffs Elisa Montes de Oca and Gabriella Fernandez shall be paid an incentive award of $2,500.00 each in accordance with the terms of the Settlement Agreement.

3. Class Counsel shall be paid $1,416,790 in attorneys' fees, and $11,719.12 in costs, minus any settlement administration costs in excess of the Parties' estimate (Dkt. 54-3 ¶ 21), and in accordance with the terms of the Settlement Agreement.

4. The settlement administrator, Angeion Group, shall be paid its fees and expenses in accordance with the terms of the Settlement Agreement and the Order.

5. All class members who did not validly and timely request exclusion from the Settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

6. This action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

The Clerk is **DIRECTED** to enter this Judgment and close the case.

**IT IS SO ORDERED**.

    IT IS SO ORDERED.

Dated: March 19, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE